UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY AND SHEILA MACLEAN, INDIVIDUALLY and HUSBAND & WIFE and as P/N/G of J.L.M. and E.M., <br><br> Plaintiffs, <br><br> v. <br><br> BOROUGH OF HELLERTOWN, et al., <br><br> Defendants. | CIVIL ACTION <br><br> 5:17-CV-02085-LS |

**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF THE CLAIMS OF PLAINTIFFS, KERRY AND SHEILA MACLEAN, INDIVIDUALLY AND HUSBAND & WIFE AND AS P/N/G OF J.L.M AND E.M. AGAINST DEFENDANT BOROUGH OF HELLERTOWN**

Plaintiffs Kerry and Sheila Maclean, Individually and Husband & Wife and as P/N/G of J.L.M. and E.M., by and through their attorneys, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) hereby dismiss all claims asserted in the Complaint filed by Plaintiffs Kerry and Sheila Maclean, Individually and Husband & Wife and as P/N/G of J.L.M. and E.M. against Defendant Borough of Hellertown, with prejudice. Additionally, all references, both explicit and implicit, to Defendant Borough of Hellertown are hereby stricken, with prejudice, from Plaintiffs Kerry and Sheila Maclean, Individually and Husband & Wife and as P/N/G of J.L.M. and E.M. Complaint.

As of the time of the filing of this Notice, no responsive pleading to the Complaint of Plaintiffs Kerry and Sheila Maclean, Individually and Husband &

15678802v1

- 2 -

Wife and as P/N/G of J.L.M. and E.M. has been filed or served by Defendant Borough of Hellertown.

SCHAFKOPFLAW, LLC

*/s/ Gary Schafkopf*
Gary Schafkopf, Esquire
Attorney ID #83362
gary@schaflaw.com
11 Bala Avenue
Bala Cynwyd, PA 19004
Phone:  610-664-5200 x 104

WEISBERG LAW

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg , Esquire
Attorney ID #85570
mweisberg@weisberglawoffices.com
7 South Morton Avenue
Morton, PA 19070
Phone 610-690-0801

Attorneys for Plaintiffs Kerry and Sheila Maclean, Individually and Husband & Wife and as P/N/G of J.L.M. and E.M.

Dated:  June 6, 2017

# **CERTIFICATE OF SERVICE**

I, Matthew Weisberg, Esquire, of Weisberg Law, do hereby certify that I served a true and correct copy of the foregoing *Notice of Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) of claims against Defendant Borough of Hellertown asserted by Plaintiffs Kerry and Sheila Maclean, Individually and Husband & Wife and as P/N/G of J.L.M. and E.M.* via ECF and regular mail upon the following parties:

_____

Robert J. Balch, Esquire
Post & Schell, P.C.
1245 S. Cedar Crest Blvd.
Suite 300
Allentown, PA 18103

Northampton County
669 Washington Street
Easton, PA 18042

Saucon Valley High School
2100 Polk Valley Road
Hellertown, PA 18055

Saucon Valley School District
2097 Polk Road
Hellertown, PA 18055

Saucon Valley Middle School
2095 Polk Valley Road
Hellertown, PA 18055

Eric D. Kahler
2100 Polk Valley Road
Hellertown, PA 18055

Kenneth Napaver
2100 Polk Valley Road
Hellertown, PA 18055

Pamela J. Bernardo
2095 Polk Valley Road
Hellertown, PA 18055

Lori Gamble
2100 Polk Valley Road
Hellertown, PA 18055

Thomas Halcisak
2100 Polk Valley Road
Hellertown, PA 18055

                    WEISBERG LAW

                    */s/ Matthew B. Weisberg*
                    Matthew B. Weisberg, Esquire

Dated:  June 6, 2017