## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:   5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT, LOWER SAUCON TOWNSHIP ONLY

TO THE CLERK:

Kindly voluntarily dismiss the within action *only* as to Defendant, Lower Saucon

Township, without prejudice, in accordance with Federal Rule of Civil Procedure 41(1)(A)(i).


**WEISBERG LAW**

 /s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:   5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew B. Weisberg, Esquire, hereby certify that on this 2nd day of January, 2018, a true and correct copy of the foregoing Plaintiffs' Notice of Voluntarily Dismissal of Defendant, Lower Saucon Township Only was served via ECF, upon the following parties:

Jonathan P. Riba, Esq.
Sweet Stevens Katz & Williams, LLP
331 East Butler Avenue
P.O. Box 5069
New Britain, PA 18901

Michael McAuliffe Miller, Esq.
Renee C. Mattei Myers, Esq.
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101

**WEISBERG LAW**

 /s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiffs*