IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MacLean                              :
                                     :
            v.                       :
                                     :
Borough of Hellertown                :      NO. 17-2085

SCHEDULING ORDER: CASE STATUS CONFERENCE


            A telephone status conference is scheduled in the above-captioned case for Monday, July 30, 2018 at 11:15am.  Lead counsel for each  party shall telephone chambers of the undersigned at 267-299-7640 at the scheduled time so as to be joined into the conference call.

            Scheduling orders will be issued by the court after the conference.  Counsel are encouraged to confer with each other in advance of the status conference in order to accurately advise the court on the following:

        1. Status of Discovery, including the outstanding discovery issues, if any, and proposed
                scheduling order for final discovery completion.

        2. Lien status, if any.

        3. Anticipated use of experts, if any, including proposed deadline
                for expert discovery, if applicable.

        5. Proposed deadline for filing any dispositive motions, if anticipated.

        6. Proposed dates for trial listing; case suitability for arbitration listing.

        7. Settlement efforts to date; scheduling of settlement conference in advance of trial.

        8. Other particularized scheduling needs.


                        SO ORDERED:

                            s/l caracappa

JULY 23, 2018                  _____
                               Linda K. Caracappa
                               Chief United States Magistrate Judge