UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:   5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of David A. Berlin, Esquire, as co-counsel, on behalf of Plaintiffs, Kerry and Sheila MacLean in regards to the above-captioned matter.

**WEISBERG LAW**

/s/ David A. Berlin
David A. Berlin, Esquire
PA Attorney ID #: 314400
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
dberlin@weisberglawoffices.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:   5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, David A. Berlin, Esquire, hereby certify that on this 30th day of July, 2018, a true and correct copy of the foregoing Notice of Appearance was served via ECF, upon the following parties:

Ellis H. Katz, Esq.
David F. Conn, Esq.
Sweet Stevens Katz & Williams, LLP
331 East Butler Avenue
P.O. Box 5069
New Britain, PA 18901


**WEISBERG LAW**

/s/ David A. Berlin
David A. Berlin, Esquire
PA Attorney ID #: 314400
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
dberlin@weisberglawoffices.com
*Attorney for Plaintiff*