UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:  5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## CONSENT ORDER

AND NOW this _____ day of _____, 2019, upon consideration of Plaintiffs' Emergency Motion to Approve Settlement re: Minor's Compromise, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and the settlement is APPROVED.

Plaintiffs' counsel may distribute the settlement funds to the parents of the minor child, E.M., payable towards that child's tuition/education and/or otherwise consistent with the settlement.

/s/ Matthew Weisberg, Esq.  
On behalf of Plaintiffs

/s/ David Conn, Esq.  
On behalf of Defendants

**AND IT IS SO ORDERED**.

_____  
Magistrate Judge Linda K. Caracappa

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY AND SHEILA MACLEAN | : | |
| | : | NO.:   5:17-cv-02085 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOWER SAUCON TOWNSHIP, et al. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Matthew B. Weisberg, Esquire, hereby certify that on this 18th day of January, 2019, a true and correct copy of the foregoing Consent Order was served via ECF, upon the following parties:

Ellis H. Katz, Esq.
David F. Conn, Esq.
Sweet Stevens Katz & Williams, LLP
331 East Butler Avenue
P.O. Box 5069
New Britain, PA 18901


**WEISBERG LAW**


/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs