# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY AND SHEILA MACLEAN : | NO.: 5:17-cv-02085 |
| Plaintiff, : | |
| v. : | |
| LOWER SAUCON TOWNSHIP, et al. : | **JURY TRIAL DEMANDED** |
| Defendants. : | |

## ORDER

AND NOW this _23rd_ day of January, 2019, upon consideration of Plaintiffs' Emergency Motion to Approve Settlement re: Minor's Compromise, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and the settlement is APPROVED.

Plaintiffs' counsel may distribute the settlement funds to the parents of the minor child, E.M., payable towards that child's tuition/education and/or otherwise consistent with the settlement.

**AND IT IS SO ORDERED.**

_____
Magistrate Judge Linda K. Caracappa

Additional Note: A fully signed & executed settlement agreement provided to the Court by counsel is attached to this order, and should be docketed, identified as Court Exhibit 1.