IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Maclean | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| Lower Saucon Township | : | No. 17-2085 |

## ORDER

**AND NOW, TO WIT:** This 23 day of January, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs except as provided by Local Rule 54.1.

KATE BARKMAN, Clerk of Court

BY: _____
Deputy Clerk